# JAKE'S EQUIPMENT & RENTAL

6060 ROMONA BLVD
HOUSTON, TX 77086-3305
Phone #  (281) 999-5142
Fax #    (281) 999-5653

## Invoice

**Date:** [illegible]
**Invoice #:** 2006065-1

**Bill To:**
Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

**Ship To:** [blank]

| P.O. Number | Terms | Due Date | F.O.B. | Job # |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| [illegible] | [illegible content including shipping information, Jake's Equipment & Rental, account information, routing, etc.] | | |
| | Sales Tax | 7.25% | 0.00 |

**Total:** $130,000.00

**Invoice #:** 2006065-1
**Customer:** Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

**Balance Due:** [illegible]

**Please Remit Payment To:**
Jake's Equipment & Rental
6060 Romona Blvd
Houston, Texas 77086-3305


EXHIBIT 1

# JAKE'S EQUIPMENT & REPAIR

6060 ROMONA BLVD
HOUSTON, TX 77086-3305
Phone # (281) 999-5142
Fax # (281) 999-5653

**Invoice**

Date: [illegible]
Invoice #: 20060661

**Bill To:**
Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

**Ship To:**

| P.O. Number | Terms | Due Date | F.O.B. | Job # |
|---|---|---|---|---|
| see below | | [illegible] | OUR SHOP | [illegible] |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | [illegible body of invoice] | | |

**Total: $150,000.00**

Invoice #: 20060661

Customer:
Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

Balance Due: [illegible]

Please Remit Payment to:
Jake's Equipment & Repair
6060 Romona Blvd
Houston, Texas 77086-3305

**JAKE'S EQUIPMENT & REPAIR**

6060 ROMONA BLVD
HOUSTON, TX 77086-3305
Phone #   (281) 999-5142
Fax #     (281) 999-5653

# Invoice

| | |
|---|---|
| Date | 4/24/2006 |
| Invoice # | 2006108-1 |

**Bill To:**

Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

**Ship To:**

| P.O. Number | Terms | Due Date | F.O.B. | Job # |
|---|---|---|---|---|
| | see below | 4/24/2006 | our shop | J2006108 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | IDECO H35 MOBILE RIG - RIG #1 - ESTIMATED COST to be totally refurbished to new condition | 150,000.00 | 150,000.00 |
| | TERMS: | | |
| | -50% down payment | | |
| | -25% upon 50% completion | | |
| | -25% when rig inspected and approved by customer buy before shipment | | |
| | WIRING INFORMATION: | | |
| | Jake's Equipment & Repair | | |
| | Account #0101013225 | | |
| | Routing #113024177 | | |
| | Replublic National Bank | | |
| | 6809 FM 1960 W | | |
| | Houston, TX 77069 | | |
| | Attn: Peggy Pratt | | |
| | Direct Line 281-315-1124 | | |
| | Sales Tax | 7.25% | 0.00 |

| Total | $150,000.00 |
|---|---|

| Balance Due | $150,000.00 |
|---|---|

Invoice #    2006108-1

Customer:

Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

Please Remit Payment to:

Jake's Equipment & Repair
6060 Romona Blvd
Houston, Texas 77086-3305

**JAKE'S EQUIPMENT & REPAIR**

*6060 ROMONA BLVD*
*HOUSTON, TX 77086-3305*
*Phone #  (281) 999-5142*
*Fax #    (281) 999-5653*

# Invoice

Date       5/17/2006
Invoice #  2006137-1

**Bill To:**

*Petroworks*
*Carrera 4 No 73-71 1 Piso*
*Bogota, Colombia*

**Ship To:**

| P.O. Number | Terms | Due Date | F.O.B. | Job # |
|---|---|---|---|---|
| | see below | 5/17/2006 | our shop | J2006137 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | IDECO H37 MOBILE RIG - RIG #4 ESTIMATED COST | 150,000.00 | 150,000.00 |

TERMS:
-50% down
-25% upon 50% completion
-25% when rig is inspected and approved by customer but before shipment

WIRING INFORMATION:
Jake's Equipment & Repair
Account # 0101013225
Routing # 113024177

Republic National Bank
6809 FM 1960 W
Houston, TX 77069
Attn: Peggy Pratt
Direct Line: 281-315-1124

Sales Tax                                       7.25%        0.00

**Total**            $150,000.00

**Balance Due**      $150,000.00

Invoice #   2006137-1

**Customer:**

*Petroworks*
*Carrera 4 No 73-71 1 Piso*
*Bogota, Colombia*

Please Remit Payment to:

**Jake's Equipment & Repair**
**6060 Romona Blvd**
**Houston, Texas 77086-3305**














# Statement

**JAKE'S EQUIPMENT & REPAIR**
6060 ROMONA BLVD
HOUSTON, TX 77086-3305

| Date |
|---|
| 6/12/2006 |

**To:**
Petroworks
Carrera 4 No 73-71 1 Piso
Bogota, Colombia

| | Amount Due | Amount Enc. |
|---|---|---|
| | $313,250.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2005 | Balance forward | | 0.00 |
| | J2006065- | | |
| 03/23/2006 | INV #2006065-1. Due 03/23/2006. | 150,000.00 | 150,000.00 |
| 04/19/2006 | PMT #1132. 50% down payment | -75,000.00 | 75,000.00 |
| | J2006066- | | |
| 03/23/2006 | INV #2006066-1. Due 03/23/2006. | 150,000.00 | 225,000.00 |
| 06/05/2006 | PMT from SAR Enterprises Corp. | -38,750.00 | 186,250.00 |
| 06/07/2006 | PMT #1151. Ramde Check 1151 | -23,000.00 | 163,250.00 |
| | J2006108- | | |
| 04/24/2006 | INV #2006108-1. Due 04/24/2006. | 150,000.00 | 313,250.00 |
| 04/25/2006 | PMT #1136. | -75,000.00 | 238,250.00 |
| | J2006137- | | |
| 05/17/2006 | INV #2006137-1. Due 05/17/2006. | 150,000.00 | 388,250.00 |
| 06/09/2006 | PMT #1152. check from Ramde | -75,000.00 | 313,250.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 75,000.00 | 75,000.00 | 163,250.00 | 0.00 | $313,250.00 |


EXHIBIT 5

# PW STANDARD SPECIFICATIONS OF
# RIG IDECO H-37 – It will be ready in 3 July – 7 July week

1. BASIC RIG (CARRIER UNIT)

- Double drum; main drum conditioned to accommodate 1" drill line, draw works drive (oil-chain), complete brake system blocks, bands and rings for circulating water-cooling. All pins with head, nut and pin in linkage and complete crown o matic brake system. Sandline drum conditioned to accommodate 9/16" wire line, draw works drive (oil-chain), complete brake system blocks, bands and rings for circulating water-cooling. All pins with head, nut and pin. Both drums without catheads.
- Rotary drive; with propeller and flange-shaft (heavy type).
- Transmission; Allison CLBT 5860 5 forward/1 reverse speeds, power shift from cab and rear control and main gages.
- Hydraulic system; 2500 psi pressure maximum with 54 to 73 gpm (commercial intertech pump p25 or p37), control valves for levelling carrier, raising and telescoping mast, winch, BOP's and tong control valves and pressure ports, regulating, relief valves, gages and 852xgakp-f6xs PTO Chelsea drive by transmission with air activated clutch. Steering hydraulic system with V-20 Vickers pump and (4) gallons tank.
- Pneumatic system; bendix toflo 1000 air compressor, complete control console for all system (pneumatic slip and shutdown include), use rexroth valves and gages services
- Engine-450 HP; Caterpillar 3408 DITA with electrical protection system, shut off and gages include. Standard crankshaft.
- Hydraulic winch; Braden PD 12
- Carrier; front tandem (steering)-2 axles, rear tandem-3 axles floating axle include, total service rating with type 30 air cylinder brakes on all wheels – single in front and double in rear, 4-hydraulic jackscrews and deadline anchor. The third member are Rockwell for 44000 pounds with 6.1 or 6.4 ratio (6-37 or 7-45) and heavy u-joints
- Driller platform with 2-position and brake linkage too. Platforms (walkways) and stairways with handrails on both side of the carrier.
- Electric starting system (24 volts) with wiring and battery

All systems with complete tanks and gauges



2. MAST

- Angle mast 105' – 270000 pounds with crown arrangement for 6 or 8 lines, monkey board adjustable 3-positions (59' minimum), pneumatic rod board for 3-rods hanging and slide. Additional sheave for winch NDT inspection for level III (magnetic particles and certificate) all structure.
- Wires (cables) for 2-mast section, crown, carrier, rod board and monkey board

## ADITIONAL SPICIFICATIONS (QUOTE)

1. Work platform and mast support with tool box
2. 3000' drill line 1"
3. 12000' sand line 9/16"
4. 240' winch line 5/8"
5. Complete electrical system (explosion proof) in first section mast, XP-800 and MAR-800 Appleton lights
6. Complete hydraulic cylinder for manual tongs (cardwell system)
7. 4" stand pipe – xxs schedule

# JAKE ROLLINGS AND PETROWORKS MEETING
(1 June 06, Houston – tx)

## STANDARD SPECIFICATIONS OF
RIG IDECO H-35 – It will be ready in 19 June – 23 June week.

1. BASIC RIG (CARRIER UNIT)

   - Double drum; main drum conditioned to accommodate 1" drill line, draw works drive (oil-chain), complete brake system blocks, bands and rings for circulating water-cooling. All pins with head, nut and pin in linkage and complete crown o matic brake system. Sandline drum conditioned to accommodate 9/16" wire line, draw works drive (oil-chain), complete brake system blocks, bands and rings for circulating water-cooling. All pins with head, nut and pin. Both drums without catheads.
   - Rotary drive; with propeller and flange-shaft (heavy type).
   - Transmission; Allison CLBT 5860 5 forward/1 reverse speeds, power shift from cab and rear control and main gages.
   - Hydraulic system; 2500 psi pressure maximum with 54 to 73 gpm (commercial intertech pump p25 or p37), control valves for levelling carrier, raising and telescoping mast, winch, BOP's and tong control valves and pressure ports, regulating, relief valves, gages and 852xgakp-f6xs PTO Chelsea drive by transmission with air activated clutch. Steering hydraulic system with V-20 Vickers pump and (4) gallons tank.
   - Pneumatic system; bendix toflo 1000 air compressor, complete control console for all system (pneumatic slip and shutdown include), use rexroth valves and gages services
   - Engine-350 HP; Caterpillar 3406 DITA with electrical protection system, shut off and gages include. Standard crankshaft.
   - Hydraulic winch; Braden PD 12
   - Carrier; front tandem (steering)-2 axles, rear tandem-2 axles, total service rating with type 30 air cylinder brakes on all wheels – single in front and double in rear, 4-hydraulic jackscrews and deadline anchor. The third member are Rockwell for 38000 pounds with 6.1 or 6.4 ratio (6-37 or 7-45) and heavy u-joints
   - Driller platform with 2-position and brake linkage too. Platforms (walkways) and stairways with handrails on both side of the carrier.
   - Electric starting system (24 volts) with wiring and battery

All systems with complete tanks and gauges

2. MAST

- Angle mast 96' – 215000 pounds with crown arrangement for 6 or 8 lines, monkey board adjustable 3-positions (59' minimum), pneumatic rod board for 3-rods hanging and slide. Additional sheave for winch NDT inspection for level III (magnetic particles and certificate) all structure.
- Wires (cables) for 2-mast section, crown, carrier, rod board and monkey board

## ADITIONAL SPICIFICATIONS (QUOTE)

1. Work platform and mast support with tool box
2. 3000' drill line 1"
3. 12000' sand line 9/16"
4. 240' winch line 5/8"
5. Complete electrical system (explosion proof) for the first section, XP-800 and MAR-800 Appleton lights
6. Complete hydraulic cylinder for manual tongs (cardwell system)
7. 4" stand pipe – xxs schedule