# QUITCLAIM BILL OF SALE

BE IT KNOWN, for good consideration, and in consideration of the payment of $130,000.00 , the receipt and sufficiency of which is acknowledged, the undersigned Texas International Oilfield Tool(Seller) hereby sells, transfers, assigns and conveys unto Petroworks and its successors and assigns forever with quitclaim covenants only, the following described property:

Ideco H-37 D/D capacity Workover Rig : Ideco KM-105-270-GH 105' 270,0000# 4 legged mast , mounted on Ideco Rambler BIR-5525 , 5 axle Carrier , Rotary Drive 445/65R22.5 tires. No visible serial number. Sold through Kruse Energy Auction

Seller hereby sells and transfers only such right, title and interest as it may hold and that said chattels sold herein are sold subject to such prior liens, encumbrances and adverse claims, if any, that may exist, and Seller disclaims any and all warranties thereto.

Said assets are further sold in "as is" condition and where presently located.

Signed this 17 day of May , 2006 (year).

In the presence of:

Leticia Robles
Witness

Ray Sheppard President
Seller's Signature

Print Name of Seller

LETICIA ROBLES
Notary Public, State of Texas
My Commission Expires
June 20, 2008

Seller's Address

AHAAAZAE



# 06-0516 Houston, TX

Kruse Energy & Equipment Auctioneers, LLC
11611 County Road 126 West
Odessa, TX 79765
(432) 563-2005

# Invoice

**Buyer Information**

PetroWorks
Carrera 4 No. 73-71 1er. Piso (Bogota, Columbia)

(111) 111-1111

AL & Guzman Gabriel

Auction #: 21

DL#: 8747476

**Invoice #** 1513

Wednesday May 17,2006 11:52 AM

Bidder #: 708

| Lot # | QTY | Description | LOC | Tax | Deposit | Amount | Extended |
|---|---|---|---|---|---|---|---|
| 418 | 1 | (20) 10-Gal Accumulator Bottles, (2) Tandem Air Pumps | 1 | No | | 15,000.00 | 15,000.00 |
| 736 | 1 | IDECO H-37 D/D Capacity Workover/Drilling Rig, IDECO KM-105-270-GH 105' 270,000# 4-Legged Mast, Mtd on IDECO Rambler IIIR-6525 5-Axle Carrier, Rotary Drive, 445/65R22.5 Tires (NOTE: BILL OF SALE ONLY) | 1 | No | | 130,000.00 | 130,000.00 |
| 743 | 1 | GARDNER-DENVER PA-8 Triplex Mud Pump, S/N-409743, w/Cast Steel Fluid End, Q.C. Caps, Skidded | 1 | No | | 35,000.00 | 35,000.00 |
| 768 | 1 | FOSTER 58 Hyd Tubing Tongs | 1 | No | | 3,500.00 | 3,500.00 |
| 769 | 1 | FOSTER 58 Hyd Tubing Tongs | 1 | No | | 3,500.00 | 3,500.00 |
| 770 | 1 | FOSTER 58-02 Hyd Tubing Tongs | 1 | No | | 3,500.00 | 3,500.00 |

**Tax And Payment Information**

Tax ID:FOR EXPORT

Released

| Totals | |
|---|---|
| Total Bids: | 190,500.00 |
| : | .00 |
| Subtotal: | 190,500.00 |
| TX Sales Tax 8.25%: | .00 |
| | .00 |
| | .00 |
| | .00 |
| Total Invoice: | 190,500.00 |
| Total Paid: | .00 |
| Balance Due: | 190,500.00 |

Purchaser agrees above items were sold AS IS, WHERE IS and with all faults. No warranty or guarantee is expressed or implied and each item is the sole responsibility of the purchaser from the MOMENT the AUCTIONEER DECLARES THE ITEM SOLD.

SIGNATURE: ______________________

[illegible]

SIGNATURE: ______________________

```
JUB7Q (NT4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 08, 2007(C1)
INT60                       CIVIL CASE INTAKE                OPT: _____  -  INT
                             SERVICE INQUIRY                 PAGE:     1 -    2

CASE NUM: 200733150__ PJN> __ TRACKING NUM: _________  TRANS. NUM: _________
SERVICE STATUS: _  (V, T, A, Q, C OR BLANK)      PUB? _
STYLE: PETROWORKS S A___________________ VS ROLLINGS, JAMES C (ALSO KNOWN AS
CASE STATUS: ACTIVE_______________ LOCATION: CENTRAL INTAKE 1ST___ COURT: 269
PARTY BEING SERVED: ROLLINGS, JAMES C (ALSO KNOWN AS JAKE ROLLINGS D COC: DEF
      SERVICE TYPE: TEMPORARY RESTRAININ INSTRUMENT: TEMPORARY RESTRAINING OR
 PARTY REQ SERVICE: BRAY, THOMAS____________________ REQUEST DATE: 05/31/2007
    CLERK ASSIGNED: SCOTT, JOHN L___________________  ASSIGN DATE: 05/31/2007
ISSUE DT: 05/31/2007 ISSUE CLERK: SCOTT, JOHN L__ DEL TO> ATY REISSUE COD: __
EXPIR DT: __________   APPEAR DT: 06/08/2007 FEE: _______  RECPT. NO: 192015_
SERVING AGENCY> ___  SERVING AGCY RECV DT: __________   SERVED DT: __________
STATUS: SERVICE ISSUED/IN POSSESSION OF SERVING AGENC   RETURN DT: __________
                       RECVD CLERK DT: __________  BY: _______________________
TO-COURT: __________ RCVD ACCT/CRT DT: __________  BY: _______________________
PERSON SERVED OTHER THAN COMMAND: ___________________________________________
TRACKING NUMBER: 72190930_  TRANSACTION NUMBER: 7863489__  PJN NUM. __
==> *** (2) RECORD(S) FOUND ***
1=SERV. UPDT. 2=ADDR. INQ.  3=CASE SUMM.  4=NO FEE ENTY
6=PARTY INQ.  7=BACKWARD    8=FORWARD                  10=REFRESH    11=HELP
```



```
JUB7Q (NT4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 08, 2007(C1)
INT60                        CIVIL CASE INTAKE               OPT: _____  -  INT
                              SERVICE INQUIRY                PAGE:     2 -    2

CASE NUM: 200733150__ PJN> __ TRACKING NUM: _________  TRANS. NUM: _________
SERVICE STATUS: _  (V, T, A, Q, C OR BLANK)     PUB? _
STYLE: PETROWORKS S A__________________ VS ROLLINGS, JAMES C (ALSO KNOWN AS
CASE STATUS: ACTIVE_______________ LOCATION: CENTRAL INTAKE 1ST___ COURT: 269
PARTY BEING SERVED: ROLLINGS, JAMES C (ALSO KNOWN AS JAKE ROLLINGS D COC: DEF
      SERVICE TYPE: CITATION____________ INSTRUMENT: ORIGINAL PETITION_______
 PARTY REQ SERVICE: BRAY, THOMAS____________________ REQUEST DATE: 05/30/2007
    CLERK ASSIGNED: ANCILLARY CLERK_________________  ASSIGN DATE: 05/30/2007
ISSUE DT: 05/31/2007 ISSUE CLERK: SCOTT, JOHN L__ DEL TO> ATY REISSUE COD: __
EXPIR DT: __________   APPEAR DT: __________ FEE: _______  RECPT. NO: 325653_
SERVING AGENCY> ___  SERVING AGCY RECV DT: __________   SERVED DT: __________
STATUS: SERVICE ISSUED/IN POSSESSION OF SERVING AGENC   RETURN DT: __________
                       RECVD CLERK DT: __________ BY: _______________________
TO-COURT: __________ RCVD ACCT/CRT DT: __________ BY: _______________________
PERSON SERVED OTHER THAN COMMAND: ___________________________________________
TRACKING NUMBER: 72190810_  TRANSACTION NUMBER: 7862856__ PJN NUM. __
==> *** (2) RECORD(S) FOUND ***
1=SERV. UPDT. 2=ADDR. INQ.  3=CASE SUMM.  4=NO FEE ENTY
6=PARTY INQ.  7=BACKWARD    8=FORWARD                  10=REFRESH   11=HELP
```

STATE OF TEXAS
COUNTY OF HARRIS
I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in the

Witness my official hand and seal of office this

JUN 08 2007

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By ______ Deputy

CAUSE NO. 2007-33150

| | | |
|---|---|---|
| PETROWORKS S.A.,<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| JAMES C. ROLLINGS, A/K/A<br>JAKE ROLLINGS, D/B/A<br>JAKE'S EQUIPMENT AND REPAIR and<br>JAKE'S EQUIPMENT AND REPAIR, INC.<br>Defendant | §<br>§<br>§<br>§<br>§ | 269TH JUDICIAL DISTRICT |

**ORDER**

Plaintiff PETROWORKS S.A. ("**Petroworks** " or "**Plaintiff**") has filed a verified petition for a temporary injunction and, in connection therewith, has presented a request for a temporary restraining order, as set forth in Plaintiff's Original Petition. It clearly appears from the facts set forth in Plaintiff's Original Petition and affidavits, that unless Defendant JAMES C. ROLLINGS also known as JAKE ROLLINGS, doing business as JAKE'S EQUIPMENT AND REPAIR and JAKE'S EQUIPMENT AND REPAIR, INC. ("**Jake**" or "**Defendant**"), is immediately restrained from 1) holding or purporting to hold a foreclosure of an Ideco H-37 workover rig owned by Plaintiff with a KM-105-270-GH 105' 270,000# 4 legged mast, Ideco Rambler BIR-5525, 5 axle Carrier, Rotary Drive 445/65R22.5 tires (hereinafter, "**Rig 3**") and its components and parts, or any part thereof, or 2) attempting or purporting to sell, convey, transfer, assign or deliver any or all of Rig 3, or 3) attempting or purporting to create or cause to be created any liens against Rig 3, or 4) removing Rig 3 from Jake's premises, or 5) removing any parts, equipment or components from Rig 3, or 6) removing from Jake's premises any parts, equipment or components that have been previously removed from Rig 3, ~~or 7) interfering with, preventing or obstructing Petroworks or its agents,~~


~~servants, representatives, employees or third party contractors, including, but not limited to, Innovative Energy Services, Inc., from entering the premises where Rig 3 and its components and parts are located and removing Rig 3 and its components and parts from the premises,~~ and Defendants are ordered to preserve and protect Rig 3 and all of its components and parts from, without limitation, the weather and other elements, theft, and/or other damage or loss during the pendency of this action and until Rig 3 and all of its components and parts are delivered to Petroworks or its agents, servants, representatives, employees or third party contractors, or until further order of the Court, Defendant will commit the foregoing act(s) before notice can be given and a hearing is had on Plaintiff's motion for a temporary injunction; and that if the commission of these act(s) is not restrained immediately, Plaintiff will suffer irreparable injury because Defendant 1) will remove and dispose of components and parts of Rig 3, 2) fail or refuse to protect and preserve Rig 3 and its components and parts, 3) claim of a "lien" upon Rig 3, 4) purport to "foreclose" the wrongful and void lien claims, and/or transfer Rig 3 and/or its components and parts to a third party, 5) fail or refuse to return Rig 3 and its components and parts to Plaintiff, and 6) leave Rig 3 and its components and parts exposed to the weather and other harmful elements.

IT IS, THEREFORE, ORDERED that Defendant JAMES C. ROLLINGS also known as JAKE ROLLINGS, D/B/A JAKE'S EQUIPMENT AND REPAIR and JAKE'S EQUIPMENT AND REPAIR, INC., be, and hereby is, commanded forthwith to desist and refrain from 1) holding or purporting to hold a foreclosure of Rig 3 or its parts or components, or any part thereof, 2) attempting or purporting to sell, convey, transfer, assign or deliver any or all of Rig 3 or its parts or components, 3) attempting or purporting to create or cause to be created any liens against Rig 3 or

its parts or components, 4) removing Rig 3 from Jake's premises, 5) removing any parts, equipment or components from Rig 3, 6) removing from Jake's premises any parts, equipment or components that have been previously removed from Rig 3, ~~or 7) interfering with, preventing or obstructing Petroworks or its agents, servants, representatives, employees or third party contractors, including, but not limited to, Innovative Energy Services, Inc., from entering the premises where Rig 3 and its components and parts are located and removing Rig 3 and its components and parts from the premises;~~ WRB from the date of entry of this order until and to the fourteenth day after entry, or until further order of this Court, or until Rig 3 and its components and parts are delivered to Plaintiff or a Sheriff or Constable.

IT IS FURTHER ORDERED that Defendant shall allow Plaintiff and Plaintiff's agents, servants, representatives, employees or third party contractors, including, but not limited to, Innovative Energy Services, Inc. access upon Defendant's premises at 15813 A Tomball Parkway, Houston, Texas 77086 during normal business hours, in order for them to remove Rig 3 and its components and parts from said premises, upon not less than two hours prior notice.

IT IS FURTHER ORDERED that the petition of Plaintiff Petroworks S.A., for temporary injunction be heard before the Honorable John Wooldridge, Judge of the above named Court, on June 8, 2007, at 3:30 o'clock, p.m., in the courtroom of the 269TH Judicial District Court, in the Civil Courts Building in Houston, Harris County, Texas.

The clerk of the above-entitled Court shall forthwith, on the filing by Plaintiff of the bond hereinafter required, and on approving the same according to the law, issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until Plaintiff executes and files with the clerk a bond, in conformity with the law, in the amount of $1000.00 Dollars ($1000.00).

SIGNED this MAY 31 2007, at 9:05 o'clock, A.m.

William R. Burke, J.
JUDGE PRESIDING

Bill Burke
Judge, 189th District Court

Harris County Docket Sheet

# 2007-33150

**COURT:** 269th

**FILED DATE:** 5/30/2007

**CASE TYPE:** BREACH OF CONTRACT

**PETROWORKS S A**

**Attorney: BRAY, THOMAS**

**vs.**

**ROLLINGS, JAMES C (ALSO KNOWN AS JAKE ROLLINGS DOI**

**Docket Sheet Entries**

| Date | Comment |
|---|---|
| 5/31/2007 | TRORX - ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER |
| 5/31/2007 | STBNX - ORDER SETTING BOND SIGNED |
| 5/31/2007 | CASO - ORDER SIGNED SETTING HEARING |

STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in my office and/or:

FILED AMONG OTHER PAPERS

a) filed in
b) recorded under Vol. ______ Page ______ in the Minutes of said Court
c) abstracted from the original record in my lawful possession, electronically stored in digital form and pertaining to the ______ in reference to cause number ______
d) abstracted from the original record in my lawful possession, electronically stored in digital form pertaining to ______ from ______ to the present date.

Witness my official hand and seal of office this

JUN 08 2007

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By ______ Deputy

**INDEX OF MATTERS BEING FILED**

1. All executed process in the case (Exhibit B);

2. Pleadings asserting causes of action (Exhibit A);

3. All orders signed by the state judge (Exhibit C);

4. The docket sheet (Exhibit D);

5. An index of matters being filed (Exhibit E); and

6. A list of all counsel of record, including addresses, telephone numbers and parties represented (Exhibit F).



**LIST OF ALL COUNSEL OF RECORD**
**(including addresses, telephone numbers and parties represented)**

**COUNSEL FOR PETROWORKS S.A.:**
Thomas R. Bray
1431 Wirt Road, Suite 140
Houston, Texas 77055
713-827-1760
713-827-7510 (Facsimile)

**COUNSEL FOR JAMES C. ROLLINGS:**
Justin W. R. Renshaw
Fowler Rodriguez
4 Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010
713-654-1560
7130654-7930 (Facsimile)

